

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| EDDIE ESTEP, | § | No. 08-19-00280-CR |
| Appellant, | § | Appeal from the |
| v. | § | 205<sup>th</sup>District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20150D04089) |
| | § | |

## **O RDER**

The Court GRANTS Jo-Anne Hilverding's request for an extension of time within which to file the Reporter's Record until **March 17, 2020.** NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REPORTER'S RECORD WIL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Jo-Anne Hilverding, Official Court Reporter for the 205th District Court, for El Paso County, Texas, prepare the Reporter's Record for the above styled and numbered cause and forward the same to this Court on or before March 17, 2020.

IT IS SO ORDERED this 3rd day of February 2020.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.